**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**RINAL FATKULIN**                                    **CASE NO. 3:26-CV-01061 SEC P**

**VERSUS**                                                   **JUDGE ROBERT R. SUMMERHAYS**

**WARDEN, ET AL**                                     **MAGISTRATE JUDGE LEBLANC**

**ORDER**

Before the Court is a petition for writ of habeas corpus (rec. doc. 1) filed by pro se petitioner Rinal Fatkulin.  Petitioner is an immigration detainee in the custody of the Department of Homeland Security / U.S. Immigration and Customs Enforcement ("DHS/ICE") detained at the Jackson Parish Correctional Center in Jonesboro, Louisiana.  A review of the petition and attachments suggests that his claims should survive this court's initial review. Accordingly, for the court to determine an appropriate resolution to his claims,

**THE CLERK IS DIRECTED** to serve a summons, a copy of the petition (doc. 1), and a copy of this order by certified mail on the United States through the United States Attorney for the Western District of Louisiana, the United States Attorney General, and DHS/ICE through its general counsel, and by regular mail on the Warden of the Jackson Parish Correctional Center.

**IT IS ORDERED** that Respondents file an answer to the petition within sixty (60) days following the date of service.  Respondents shall file a memorandum of law briefing the issues raised in the answer and citing applicable statutory and case law.

**IT IS FURTHER ORDERED** that Petitioner is allowed twenty (20) days following the filing of the respondent's answer in which she may file any response to produce contradictory summary judgment evidence on the issue of the lawfulness of his detention.

Petitioner's failure to comply with this order or to notify the court of any change in his address will result in a recommendation that his petition be dismissed without prejudice under LR 41.3.

**THUS DONE AND SIGNED** in chambers this 3rd day of June, 2026.

_____
THOMAS P. LEBLANC
UNITED STATES MAGISTRATE JUDGE